# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-700
_____

DAVID PARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

August 5, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deana K. Marshall, Law Office of Deana K. Marshall, P.A., Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.